Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION

**Offender Name:**            William Benjamin WARDAH

**Docket Number:**           1:00CR05337-01

**Offender Address:**        Modesto, California

**Judicial Officer:**             Honorable Oliver W. Wanger
United States District Judge
Fresno, California

**Original Sentence Date:**   07/30/2001

**Original Offense:**          18 USC 641 - Theft of Government Money (Count 1)
(CLASS C FELONY)
42 USC 1383a(a)(2) - False Statement For Use in
Determining Rights to Supplemental Security Income
Benefit (Counts 2 & 3)
(CLASS D FELONIES)

**Original Sentence:**         8 months custody of the Bureau of Prisons; 36-month
term of supervised release; $300 special assessment;
$68,933.38 restitution.

**Special Conditions:**        Submit to search; Not dispose of assets without prior
permission of the court; Provide the probation officer
with access to any requested financial information; Not
incur new credit charges or open additional lines of
credit without the approval of the probation officer;
Participate in a program of mental health treatment; Not
participate in gambling activities of any kind or enter any
establishment where gambling occurs; Attend Gamblers
Anonymous meetings at the direction of the probation
officer; Prohibited from assisting individuals in any
matters relating to any and all types of Social Security
and SSI benefits and entitlements with the Social
Security Administration; Shall have no contact, or
anyone who lives with him, with his ex-spouse,
Mary Wardah.

**Type of Supervision:**       Supervised Release

**Supervision Commenced:**    04/09/2002

Rev. 04/2005
PROB12B.MRG

**RE:   William Benjamin WARDAH**
      **Docket Number:  1:00CR05337-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION**

**Assistant U.S. Attorney:**      Jonathan B. Conklin      **Telephone:** (559) 498-7221

**Defense Attorney:**      Eric V. Kersten      **Telephone:** (559) 487-5561

**Other Court Action:**

**08/13/2002:**      Probation Form 12AP approved by the Court in regards to the offender's failure to make any payments toward the Court-imposed restitution.  No action taken by the Court.

**02/19/2003:**      Summons issued based upon violations of supervised release alleged in Form 12C Petition filed on this date.  It was alleged the offender had disposed of assets without the prior permission of the Court; Failed to regularly submit truthful and complete monthly supervision reports; Obtained new credit charges or opened additional lines of credit without the approval of the probation officer; and Against the Court's directive, had participated in gambling activities or entered an establishment where gambling occurs.

**03/12/2003:**      Initial appearance before the Duty Magistrate Judge. Offender denied the allegations in the Form 12C Petition filed on February 19, 2003. Matter continued for status hearing on April 7, 2003.

**04/07/2003:**      Initial appearance before Your Honor.  Matter continued for a contested hearing on April 28, 2003.

**04/28/2003:**      Matter continued for a contested hearing on May 19, 2003.

**05/19/2003:**      The offender admitted to all four violations as alleged in the Form 12C Petition filed with the Court on February 19, 2003.  The offender remained out of custody and a Dispositional Hearing was set for June 16, 2003.

**06/12/2003:**      Dispositional Hearing moved from June 16, 2003 to June 18, 2003.

**06/18/2003:**      Offender sentenced on the violations as alleged in the Form 12C Petition filed with the Court on February 19, 2003, to 4 months custody of the Bureau of Prisons; 30 months supervised release; $55 special assessment (remaining balance); $68,933.38 restitution.  All the terms and conditions originally imposed on July 30, 2001, remain in effect.

**10/28/2003:**      Supervised release recommences.

Rev. 04/2005
PROB12B.MRG

RE:   **William Benjamin WARDAH**
      **Docket Number:  1:00CR05337-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

Amend the previously imposed Special Condition "Defendant shall have no contact, or any one who lives with him, with his ex-spouse, Mary Wardah, alias Simon."

Amend to read as follows:  **"As directed by the probation officer**, defendant shall have no contact or any one who lives with him, with his ex-spouse, Mary Wardah, alias Simon."

**Justification:**  Mr. Wardah and Ms. Mary Wardah (alias Simon) have both indicated they would like to have the opportunity to renew their previous marital relationship.  Modification of the above-noted condition by adding "as directed by the probation officer" would enable the undersigned to monitor this transition/continued association while also maintaining some form of control in the event their relationship/union is deemed unsuccessful.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**
Telephone:  (209) 574-9429

DATED:      January 13, 2006
            Modesto, California
            PRH/lr

REVIEWED BY:      /s/ Deborah A. Spencer
                  **Deborah A. Spencer**
                  **Supervising United States Probation Officer**

Rev. 04/2005
PROB12B.MRG

RE:   **William Benjamin WARDAH**
**Docket Number:  1:00CR05337-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION**

=====================================================================

**THE COURT ORDERS:**

( X  )   Modification approved as recommended.

(   )    Modification not approved at this time.  Probation Officer to contact Court.

(   )    Other:

January 17, 2006                                     /s/ OLIVER W. WANGER

_____        _____
**Date**                                                        **Signature of Judicial Officer**

cc:   United States Probation
      Jonathan B. Conklin, Assistant United States Attorney
      Eric V. Kersten, Assistant Federal Defender
      Defendant
      Court File

Attachment:    Presentence Report (Sacramento only)

Rev. 04/2005
PROB12B.MRG