PROB12A1
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | William Benjamin WARDAH |
| **Docket Number:** | 1:00CR05337-01 |
| **Offender Address:** | Modesto, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/30/2001 |
| **Original Offense:** | 18 USC 641 - Theft of Government Money (Count 1) - (CLASS C FELONY);<br>42 USC 1383a(a)(2) - False Statement For Use in Determining Rights to Supplemental Security Income Benefit (Counts 2 & 3)  (CLASS D FELONIES) |
| **Original Sentence:** | 8 months custody of the Bureau of Prisons; 36-month term of supervised release; $300 special assessment; $68,933.38 restitution. |
| **Special Conditions:** | Submit to search; Not dispose of assets without prior permission of the court; Provide the probation officer with access to any requested financial information; Not incur new credit charges or open additional lines of credit without the approval of the probation officer; Participate in a program of mental health treatment; Not participate in gambling activities of any kind or enter any establishment where gambling occurs; Attend Gamblers Anonymous meetings at the direction of the probation officer; Prohibited from assisting individuals in any matters relating to any and all types of Social Security and SSI benefits and entitlements with the Social Security Administration; Shall have no contact, or anyone who lives with him, with his ex-spouse, Mary Wardah. |
| **Type of Supervision:** | Supervised Release |

**RE:     William Benjamin WARDAH**
**        Docket Number:  1:00CR05337-01**
**        REPORT OF OFFENDER NON-COMPLIANCE**

| | |
|---|---|
| **Supervision Commenced:** | 04/09/2002 (original supervision commence date) |
| | 10/28/2003 (release date after revocation) |
| **Assistant U.S. Attorney:** | Jonathan B. Conklin    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Eric V. Kersten    **Telephone:** (559) 487-5561 |

**Other Court Action:**

**08/13/2002:**   Probation Form 12AP approved by the Court in regards to the offender's failure to make any payments toward the Court-imposed restitution. No action taken by the Court.

**02/19/2003:**   Summons issued based upon violations of supervised release alleged in Form 12C Petition filed on this date. It was alleged the offender had disposed of assets without the prior permission of the Court; Failed to regularly submit truthful and complete monthly supervision reports; Obtained new credit charges or opened additional lines of credit without the approval of the probation officer; and Against the Court's directive, had participated in gambling activities or entered an establishment where gambling occurs.

**03/12/2003:**   Initial appearance before the Duty Magistrate Judge. Offender denied the allegations in the Form 12C Petition filed on February 19, 2003. Matter continued for status hearing on April 7, 2003.

**04/07/2003:**   Initial appearance before Your Honor. Matter continued for a contested hearing on April 28, 2003.

**04/28/2003:**   Matter continued for a contested hearing on May 19, 2003.

**05/19/2003:**   The offender admitted to all four violations as alleged in the Form 12C Petition filed with the Court on February 19, 2003. The offender remained out of custody and a Dispositional Hearing was set for June 16, 2003.

**06/12/2003:**   Dispositional Hearing moved from June 16, 2003 to June 18, 2003.

**06/18/2003:**   Offender sentenced on the violations as alleged in the Form 12C Petition filed with the Court on February 19, 2003, to 4 months

**RE:   William Benjamin WARDAH**
      **Docket Number:   1:00CR05337-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**

|  |  |
|---|---|
|  | custody of the Bureau of Prisons; 30 months supervised release; $55 special assessment (remaining balance); $68,933.38 restitution. All the terms and conditions originally imposed on July 30, 2001, remain in effect. |
| **01/17/2006:** | Petition to Modify the Conditions or Term of Supervision (Form 12B) signed by Your Honor, amending a previously imposed Special Condition to read as follows: "*As directed by the probation officer,* the defendant shall have no contact or anyone who lives with him, with his ex-spouse, Mary Wardah, alias Simon." |

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   FAILURE TO PAY RESTITUTION PRIOR TO EXPIRATION OF SUPERVISION**

**Details of alleged non-compliance:**   Since Mr. Wardah's most recent release from custody on October 28, 2003, he has regularly followed the conditions of his supervised release. However, Mr. Wardah has been unable to completely satisfy the previously imposed restitution of $68,933.38; to date, he has successfully paid the Court-imposed special assessment of $300.00 and has paid $575.00 toward the Court-imposed restitution obligation. Since January 2006, Mr. Wardah has been submitting monthly payments of $50.00 toward his Court-imposed financial obligations.

Mr. Wardah is presently 69 years old and is employed on a part-time basis by Stanislaus County as an "In-Home Health Care Provider" earning $8.25 an hour. In addition, the offender also receives county assistance of $149.00 a month (food stamps). According to a representative of the Social Security Administration, since the Social Security Administration is the noted victim in this case, Mr. Wardah will not be eligible to receive Social Security Income until after the outstanding restitution balance has been satisfied.

In regard to assets, Mr. Wardah and his wife own a residence located in Modesto, California having a reported value of $400,000.00, with an outstanding mortgage balance of $98,000.00. The U.S. Attorney's Office has already placed a levy against this property with regard to the outstanding restitution balance.

RE:   William Benjamin WARDAH
      Docket Number:   1:00CR05337-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

**United States Probation Officer Plan/Justification:**   It is the undersigned's opinion, given Mr. Wardah's overall financial situation, barring the liquidation of his residence, he has paid restitution to the best of his ability during the course of his most recent term of supervision.

In accordance with 18 USC 3613(b) and (f), liability of the restitution shall terminate 20 years after the offender's release from imprisonment, thereby allowing the United States District Court Clerk's Office to continue the collection of payments until April 9, 2022.  If Mr. Wardah fails to pay restitution, pursuant to 18 USC 3664 (m)(1)(B), the victim named in the restitution order is entitled to an abstract of judgment that, upon registering, recording, docketing, or indexing in accordance with state law, is a lien on the property of the defendant located in the state to the same extent as a judgment in state court.  As previously noted, such a lien has already been filed by the United States Attorney's Office against Mr. Wardah's residence located in Modesto, California.

Based on the foregoing, it is respectfully recommended that Mr. Wardah's term of supervised release be allowed to terminate on April 27, 2006, without further Court intervention.  If Your Honor concurs with the probation officer's proposed plan, a copy of this Probation Form 12A1 will be provided to the U. S. District Court Clerk's Office and the Financial Litigation Unit of the United States Attorney's Office to be used, if necessary, in the further collection of restitution.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**
Telephone:  (209) 574-9429

**DATED:**        March 20, 2006
                 Modesto, California
                 PRH/lr

**REVIEWED BY:**      /s/ Deborah A. Spencer
                 **Deborah A. Spencer**
                 **Supervising United States Probation Officer**

RE:     William Benjamin WARDAH
        Docket Number:   1:00CR05337-01
        **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

IT IS SO ORDERED.

**Dated:   March 20, 2006**                    /s/ Oliver W. Wanger
emm0d6                                          UNITED STATES DISTRICT JUDGE